IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 01-305 T

(Judge Lawrence M. Baskir)

---

RICHARD J. CAROTA,

Plaintiff

v.

THE UNITED STATES,

Defendant.

---

# JOINT STATUS REPORT

---

Pursuant to the Court's Order dated August 16, 2006 [Doc. #35], the parties provide the following status report to update the Court on the progress of Donald L. and Bettye G. Dismore v. United States, Fed. Cl. No. 04-1787 T. (The other cases on which the parties periodically report are Robert J. Isler and Susan L. Isler v. United States, Fed. Cl. No. 01-344 T; Jeffrey T. Scuteri v. United States, Fed. Cl. No. 01-358 T; Ronald C. and Mary G. Prati v. United States, Fed. Cl. No. 02-60 T; John F. and Pamela F. Hinck v. United States, Fed. Cl. No. 03-865 T; Kenneth C. Keener v. United States, Fed. Cl. No. 03-2028 T; and William P. Smith, Jr. and Anne

D. Smith v. United States, Fed. Cl. No. 04-907 T. These will be reported on in due course on November 1, 2007, in accord with the Court's order).

On September 18, 2007, the Court, pursuant to RCFC 41(b), dismissed *Dismore* for lack of prosecution. Because *Dismore* was dismissed for lack of prosecution, no decision issued that impacts four of the AMCOR cases that are consolidated with this case (for status report purposes) and that have claims like the ones raised in *Dismore*: *Carota*, Fed. Cl. No. 01-305T, *Ganter*, Fed. Cl. No. 02-248T, *Henderson*, Fed. Cl. No. 04-1765T, and *Johnson*, Fed. Cl. No. 05-221T.

There are now, however, four other AMCOR cases already moving forward in which plaintiffs have raised claims like the ones plaintiffs have raised in *Carota*, *Ganter*, *Henderson*, and *Johnson*. The four cases are *Perkins*, Fed. Cl. No. 06-51T, *Schell*, Fed. Cl. No. 04-1743T, *Jewell*, Fed. Cl. No. 06-228T, and *LeBlanc*, Fed. Cl. No. 05-743T. Accordingly, the parties request the Court continue to stay *Carota*, *Ganter*, *Henderson*, and *Johnson*, until one or more of *Perkins*, *Schell*, *Jewell*, and *LeBlanc* is resolved, and correspondingly propose that the latter four cases be reported on in the parties' periodic joint status reports.

Respectfully submitted,

10/18/2007 s/Thomas E. Redding by s/Bart D. Jeffress
Date THOMAS E. REDDING
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

10/18/2007 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

10/18/2007 s/Steven I. Frahm
Date Of Counsel
Attorneys for Defendant